

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-09-00422-CV**

A.J. MORRIS, M.D., A.J. MORRIS, M.D., P.A., AND RIO GRANDE VALLEY IMAGING, INC.

APPELLANTS

V.

DE LAGE LANDEN FINANCIAL SERVICES, INC.

APPELLEE

------------

FROM THE 67TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

On June 14, 2010, we notified appellants A.J. Morris, M.D., P.A. and Rio Grande Valley Imaging, Inc. that their brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss their appeal for want of prosecution unless those appellants or any party desiring to continue the appeal filed with the court within ten days a response showing grounds for continuing their appeal. *See* Tex. R. App. P. 42.3. We have not received any response.

---
[1]*See* Tex. R. App. P. 47.4.

Because their appellants' brief has not been filed, we dismiss the appeal of A.J. Morris, M.D., P.A. and Rio Grande Valley Imaging, Inc. for want of prosecution. *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f). The appeal of A.J. Morris, M.D. is still pending. This case shall hereafter be styled "A.J. Morris, M.D. v. De Lage Landen Financial Services, Inc."

Appellants A.J. Morris, M.D., P.A. and Rio Grande Valley Imaging, Inc. shall pay all costs of their appeal, for which let execution issue.

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  July 15, 2010

2